UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**MINUTES OF PROCEEDINGS**
GRAND JURY

DATE: 4/9/2025    TIME: 12:33 to 12:36 pm.

PRESENT:

THE HONORABLE:

- ☐ NANCY J. KOPPE, U.S. Magistrate Judge
- ☐ BRENDA WEKSLER, U.S. Magistrate Judge
- ☒ DANIEL J. ALBREGTS, U.S. Magistrate Judge
- ☐ ELAYNA J. YOUCHAH, U.S. Magistrate Judge
- ☐ MAXIMILIANO D. COUVILLIER III, U.S. Magistrate Judge
- ☐ _____

COURTROOM ADMINISTRATOR:

- ☐ ARI C.
- ☐ JEFF M.
- ☒ ANGELA R.
- ☐ ELVIA G.
- ☐ TAWNEE R.
- ☐ CHANTAL T.
- ☐ _____

COURT RECORDER:

- ☒ NATASHA BACHMAN
- ☐ PHYLLIS ANDERSON
- ☐ _____

COURTROOM:

- ☒ 3A    ☐ 3C
- ☐ 3B    ☐ 3D

ASSISTANT UNITED STATES ATTORNEY: Jean Ripley

in case 2:25 cr 90
20/19 in the remaining cases.

A roll call of the Grand Jury is taken with _____ members present, which constitutes a quorum. The foreperson of the Grand Jury presents its partial report and indictments.

On the motion of the United States Attorney,

**IT IS ORDERED** that the said report and indictment(s) be filed.

**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons be issue where indicated on the attached calendar.

## GRAND JURY CALENDAR for APRIL 9, 2025

United States District Court at Las Vegas, Nevada.  August 7, 2024, Term.

### Regular Grand Jury 24-01

| CASE NUMBER | PARTIES | CAUSE | AGENCY | STATUS |
|---|---|---|---|---|
| 2:25-cr-00090-JAD-DJA | | | | |
| JR  ROSHERRAL LACONIA BEVERLY | | 26/7203 | IRS | SUMMONS |

I/A & A/P, Tuesday, April 22, 2025, at 2:30 p.m., Courtroom 3C, NJK

| | | | | |
|---|---|---|---|---|
| 2:25-cr-00091-RFB-MDC | | | | |
| RAK  FATIMA FLORES-MURGUIA | | 18/922(g)(5) & 924(a)(8) | HSI | WARRANT |

| | | | | |
|---|---|---|---|---|
| 2:25-cr-00092-GMN-BNW | | | | |
| EP  JOHN ALI BESS, JR., | | 18/1951(a) 18/ 924(c)(1)(A)(ii) 18/922(g)(1) and 924(a)(8) | FBI | WRIT WARRANT |

I/A & A/P, Tuesday, April 22, 2025, at 2:30 p.m., Courtroom 3C, NJK

| | | | | |
|---|---|---|---|---|
| 2:25-cr-00093-JAD-EJY 2:25-mj-261-EYJ | | | | |
| JHO  PAUL HYON KIM | | 18/844(i) 26/5861(d) | FBI | LOCAL FEDERAL CUSTODY |

A&P, Tuesday, April 15, 2025, at 1:00 p.m., Courtroom 3A, MDC

