**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>vs.<br><br>**PAUL HYON KIM**<br><br>Defendant. | **CASE NO.: 2:25-CR-00093-JAD-EJY**<br><br>**ORDER TO CONTINUE SENTENCING** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

7. This is the second stipulation to continue sentencing.
8. Sentencing is currently scheduled for August 27, 2026.
9. The parties agree to the continuance and a continuance is needed in the interest of justice.
10. The additional time requested herein is not sought for purpose of delay, but rather to allow a mitigation report to be prepared by Dr. Paglini. The report is still being prepared and additional background witnesses are being interviewed by Dr. Paglini.
11. Additionally, once the report is prepared, counsel intends to file a sentencing memorandum and the report needs to be finished before that memorandum can be finalized.
12. Mr. Kim is in custody and concurs with this request.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

ORDER

IT IS HEREBY ORDERED that the trial in the above-captioned matter currently scheduled for August 27, 2026, at the hour of 10 A.M. be vacated and continued to the 14th day of October, 2026, at 1:30 PM

IT IS SO ORDERED this 24th day of August 2026.

**THE HONORABLE JENNIFER A. DORSEY**
**UNITED STATES DISTRICT COURT JUDGE**